UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| MADISON VINEYARD HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>IRISH DISTILLERS LIMITED,<br><br>　　　　　Defendant. | Case No. 4:14-cv-00900 KAW<br><br>~~PROPOSED~~ ORDER EXTENDING TIME FOR DEFENDANT IRISH DISTILLERS LIMITED TO RESPOND TO COMPLAINT |

In view of the agreement at Docket No. 9 by Defendant's counsel to accept service of the Complaint on behalf of Defendant, which is located in Ireland, it is hereby ORDERED as follows:

Defendant shall be and hereby is granted additional time to submit its response to Plaintiff's Complaint, to and including **July 14, 2014.**

The initial Case Management Conference originally scheduled for June 3, 2014 is hereby rescheduled for **August [27/28/29] 26, 2014.**

The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; to file ADR Certification signed by Parties and Counsel; and to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be **August 11, 2014.**

The last day to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file the Case Management Statement shall be **August 20, 2014**. Under Civil L.R. 6-1(a), Plaintiff MADISON VINEYARD HOLDINGS, LLC ("MADISON") submits to the Court an agreement in which MADISON and IRISH DISTILLERS LIMITED

///

///

///

1  stipulate and agree that the time in which MADISON may file a responsive pleading should be
2  extended to and including **July 14, 2014**.

3  **IT IS SO ORDERED**

4  Dated: May 20, 2014

*[Signature]*
Kandis A. Westmore
United States Magistrate Judge

SUBMISSION OF STIPULATION EXTENDING TIME
FOR DEFENDANT IRISH DISTILLERS LIMITED TO
RESPOND TO COMPLAINT
Case No. 4:14-cv-00900 KAW

- 2 -

30092\4372828.1