UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MADISON VINEYARD HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>IRISH DISTILLERS LIMITED,<br><br>Defendant. | Case No. 4:14-cv-00900-CRB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL** |

Plaintiff Madison Vineyard Holdings, LLC ("Madison") and Defendant and Counter-Claimaint Irish Distillers Limited ("IDL") have resolved and settled their respective claims and defenses asserted in this case. Madison and IDL, therefore, have jointly requested that the Court dismiss their respective claims with prejudice.  The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims against IDL by Madison and all claims against Madison by IDL are dismissed with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this  3rd day of  December, 2014.

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

[PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL
Case No. 4:14-cv-00900-CRB